IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CONNELLY, DAVID WINCHELL,
RAYMOND SCHLICHT, and RODNEY SCHLICHT,

    Plaintiffs,                                       Case No. 15-cv-308-jdp

    v.

DAN LEPKE TRUCKING LLC and
LEPKE TRUCKING & EXCAVATING LLC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Timothy Connelly and against defendants Dan Lepke Trucking LLC and Lepke Trucking & Excavating LLC in the amount of $8,276.

| s/ K. Frederickson, Deputy Clerk | October 16, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |