UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

**TIMOTHY CONNELLY, DAVID WINCHELL,
RAYMOND SCHLICHT, and RODNEY SCHLICHT**

    **Plaintiffs,**

v.                                                            Case No.  15-CV-308-jdp

**DAN LEPKE TRUCKING LLC and
LEPKE TRUCKING & EXCAVATING LLC,**

    **Defendant.**

## SATISFACTION OF JUDGMENT

**WHEREAS**, the judgment entered in this case on or about October 16, 2019 in the amount of $8,276.00 against Defendant Dan Lepke Trucking LLC and Lepke Trucking & Excavating LLC, Inc. has been satisfied.

**NOW, THEREFORE**, Plaintiffs do hereby authorize the Clerk of the United States District Court for the Western District of Wisconsin to enter satisfaction of the Judgment as to Defendant Arbor Green, Inc.

Dated this 13th day of November, 2019.

                                                  /s/ Yingtao Ho_____
                                                  Yingtao Ho (SBN 1045418)
                                                  THE PREVIANT LAW FIRM, S.C.
                                                  310 W. Wisconsin Ave 100 MW
                                                  Milwaukee, WI 53203
                                                  414-227-4500 (Telephone)
                                                  414-271-6308 (Fax)
                                                  Email: yh@previant.com

                                                  Attorney for Plaintiffs